IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HUGH ANDREW NICELEY, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 3:22-cv-00242 |
| TENNESSEE DEPARTMENT OF CORRECTION, | ) Judge Aleta A. Trauger ) ) |
| Respondent. | ) ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, petitioner Hugh Niceley's Objections (Doc. No. 56) to the Magistrate Judge's Report and Recommendation ("R&R") are **OVERRULED**, and the R&R (Doc. No. 52) is **ACCEPTED** in its entirety.

Accordingly, Niceley's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") (Doc. No. 1), the Motion for Summary Judgment (Doc. No. 45), and the Motion to Strike (Doc. No. 48) are **DENIED**, and this case is **DISMISSED**.

Finding no arguable merit to the petitioner's claims, the court also **DENIES** a certificate of appealability. Rule 11(a), Rules Governing § 2254 Cases.

This the final Order in this case, for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge